*Wheelock* v. *Lee* (74 id., 495–500) and *Watts* v. *Adler*, decided at the present term.

Amos C. Littell and others, Respondents, v. Adolph Wolf, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Lebbeus B. Ward, Respondent, v. The New York, Susquehanna and Western Railway Company, Appellant. — Judgment affirmed, with costs.

Stephen A. Lathrop, Appellant, v. The Chicago and North-Western Railway Company, Respondent. — Order affirmed on opinion of Barrett, J., with ten dollars costs and disbursements.

James R. Watts, Appellant, v. Samuel B. Adler, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

James B. M. Grosvenor and others, Respondents, v. Isaac Sickle, Appellant. — Order reversed and motion granted, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Margaretha Finnern, Appellant, v. Julius Hinz and another, Respondents. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion *Per Curiam.*

Thomas Scott, Appellant, v. Charles V. Hough, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

John Arthur Ross, Respondent, v. The Third Avenue Railway Company, Appellant. — Order affirmed, with costs.

Albert Scott, Appellant, v. The Central Park, North and East River Railway Company, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

Charles Jack, Respondent, v. The Central Crosstown Railway Company, Appellant.

Johanna Jack, Respondent, v. The Same, Appellant. — Orders affirmed, with ten dollars costs in one case and disbursements in both. Opinion *Per Curiam.*

James J. McComb, Appellant, v. Annie B. Kellogg, as Executrix, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

John Glenn, Appellant, v. Robert A. Lancaster and another, Respondents. — Order affirmed, with costs. Opinion *Per Curiam.*

Amelia F. Boyle, Administratrix, Appellant, v. Edward Winslow, Respondent. — Order affirmed, with ten dollars costs and disbursements, on the authority of *Mathies* v. *Nydig* (72 N. Y., 100); *Agate* v. *Sands* (73 id., 620); *Wheeler* v. *Millard* (90 id., 359).

In the Matter of Ernest L. Dawson. — Order affirmed, with ten dollars costs and disbursements, on opinion of Barrett, J.

In the Matter of Charles J. Harris —Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Andrew Toole, Respondent, v. James Toole and others, Defendants (David M. Kochler, Purchaser, Appellant). — Reference ordered as directed in opinion. Opinion by Van Brunt, P. J.

Benjamin T. Kissam, v. Samuel Karlen and another. — Judgment ordered for defendant. Opinion by Brady, J.

Elizabeth Patterson, Respondent, v. Jane W. McCunn and others, Appellants. — Order affirmed, with costs. Opinion by Van Brunt, P. J.

Anna K. Gilman, Appellant, v. Aaron Healy, Respondent. — Motion for reargument denied, with costs.

The People of the State of New York, Plaintiff, v. The American Bell Telephone Company, Defendant. — Reargument at the March Term ordered as to whether the defendant is taxable under the third section of the act of 1881, and if so, upon what basis such tax is to be levied.

The People of the State of New York *ex rel.* Patrick Masterson v. Stephen B. French and others.—The dismissal should be reversed and the relator reinstated, without costs. Opinion *Per Curiam.*

Margaret C. Wallace, as Executrix, etc., Respondent, v. Moses Straus, Appellant. — Judgment appealed from affirmed, with costs. Opinion *Per Curiam.*

Francis M. Pirsson, Respondent, v. Peter Pitkin, Sr., Appellant. — Judgment reversed and new trial ordered before a new referee, with costs to the appellant to abide the event. Opinion *Per Curiam.*

The Mutual Life Insurance Company, Plaintiff, v. Kate W. Ambrose, Defendant. — Order affirmed, with costs and disbursements.

Emil Latil, Respondent, v. Lewis W. Cass, Appellant. — Judgment affirmed, with costs. Opinion *Per Curiam.*

The People of the State of New York *ex rel.* Andrew McClintock v. Stephen B. French and others. — Proceedings of commissioners affirmed and writs dismissed, with costs.

Catharine L. Ryan, Appellant, v. The Mayor, etc., of the City of New York, Respondent.—Judgment reversed, new trial ordered, with costs to the appellant to abide the event. Opinion *Per Curiam.*

Herbert H. Sanderson, Appellant, v. George E. Barber and others, Respondents. — Orders affirmed, with costs and disbursements. Opinion *Per Curiam.*

In the Matter of the Application of the Suburban Rapid Transit Company.—To acquire lands at One Hundred and Twenty-ninth street, of Bernard French and others. Application for stay granted.

Moses Harris, Appellant, v. Oliver Ditson and others, Respondents. Order affirmed, with costs. Opinion by Van Brunt, P. J.

George Rudd, Appellant, v. Adelia S. Rudd, Respondent. — Order modified as directed in opinion. Opinion *Per Curiam.*

Frederika Koenig and another, Appellants, v. The New York Life Insurance Company, Respondent.—Order affirmed. Opinion by Bartlett, J.

James F. Malcolm, Respondent, v. Sarah A. Robins, Appellant.—Order affirmed, with costs. Opinion *Per Curiam.*

Horace Andrews and others, Respondents, v. Thomas M. Tyng, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

In the Matter of Louis A. Nesmith. Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

James Talcott, Appellant, v. Nathan Burnstine, Respondent. Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Jacob Rosenberg, Respondent, v. Thomas J. Nesbit and another, Appellants. Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

The National Steamship Company, limited, Appellant, v. Patrick Sheahan, Respondent. Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James Wallace and another, Appellants and Respondents, v. Henry E. Coe and another, executors, etc., Appellants and Respondents. Judgment reversed, new trial ordered, without costs to either party. Opinion by Van Brunt, P. J.

Henry R. Pierson, Receiver, etc., Appellant, v. Justine M. Cronk, Administratrix, Respondent. Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Julia A. Percival, Respondent, v. Edward S. Percival, Appellant. — Judgment modified as directed in opinion and affirmed as modified, without costs. Opinion by Macomber and Bartlett, JJ., and by Van Brunt, P. J.

The Tapacio Mining Company, Appellant, v. David A. de Lima and others, Respondents.